TO.

Whoever it May concern

Attorney Arron Reed

Date 09/07/2022

I, Corey Green am writing this letter to you to provide a character reference about Mr. Chris Oliver, who is my cousin through marriage. I have been around Chris since he was a child of eight years old. I can say with full confidence that Chris is a good person that with giving the right opportunity, he will thrive and be a benefit to society. Chris has always encouraged my kids his cousins to stay out of trouble and to do well in school. I've talked to Chris many times since his incarceration and he knows he has learned a valuable lesson. He has a plan to drive trucks and support himself when he comes home. With family support and a positive attitude I know Chris is on the right track. Our family thanks you for the Opportunity to speak sincerely Deacon Corey Green

October 10, 2022

To The Honorable Presiding Judge.

Re: Character Reference – Chris Oliver

The purpose of this letter is to provide a character reference for Chris Oliver. I am a family friend and have known Chris since his elementary school years as his first cousin and I have been best friends for over 20 years. As a Clinical Psychologist I work with patients from all walks of life, and it is my role to aid, guide and help them ultimately meet their goals. I try to carry over my professional philosophy in my personal life as well as in with my family by supporting, encouraging, guiding, providing uplift, and by being the best role model for family and friends. Regarding my relationship with Chris, I have always supported and encouraged him to follow his dreams and to do his best whenever we would see one another. Having known Chris most of his life, I believe this puts me in a great position to provide the Court with an accurate portrayal of his character.

As a student, Chris was always encouraged to do well in school and he averaged a 3.5 grade point average. He was involved in extracurricular sports such as football which instilled discipline, respect, and team unity. Chris was always willing to help others and provide any assistance whenever someone is need. He never expected a thank you or a sign of recognition for any assistance he provided; as he did things out of the goodness of his heart. For those that know Chris recognize that he is family oriented. He values maintaining contact with family members regardless of the distance between them. He is helpful, loving, and considerate to all of his family. He is funny, caring, and warm hearted and lights up any room he enters with his smile and unique personality.

As a friend of the family, I have known Chris to be honest, motivating, and has always had the ability to recognize and understand things from other's perspective. Overall, as a person Chris is loving, responsible and driven. He has always been hypersensitive and keen to the needs of others. Overall, Chris's character remains consistent in all domains of his life, and in my opinion, his perseverance, dedication and helping nature are who I know him to be and have consistently observed over the years.

It is my hope, that the Court sees these same traits in Chris that I do. If the Court has any additional questions about his character, feel free to contact me at dominiqueremaker5@gmail.com

Sincerely,
Dominique Remaker, Ph.D.

Geneva Granberry

09/09/2022

To Judge Douglas Reyes:  Hello my name is Geneva Granberry, the parent of Chris Oliver. I was very trouble and surprised when Chris was arrested on 08/03/2021.  I understand the seriousness of this matter however I hope the courts show some leniency on this case.

Chris has always been a good person throughout his whole life, he has always been a respectful person his whole life.  Chris was never a trouble kid, he loved to play sports always was involved in sports since 5 years old.  Chris was a 3.5 average student throughout junior and high school.  Chis has maintained a job since graduating from high school.  This is Chris 1st time ever in trouble, and we have had long talks since he has been incarcerated, and he understands how important it is to be a law abiding citizen, I believe Chris will obey the laws and will stay out of trouble once released. I will be very supportive to him in helping him be successful in life. Chris plans is to go back to school and will get a job once released.  Chris has a lot of family support that is willing to help him stay on the right track.

It is my sincere hope the court takes this letter into consideration at the time of sentencing. Despite the current case, I still believe Chis Oliver to be an honorable individual.

Sincerely

Geneva Granberry

To: Judge Douglas Rayes

Date: September 7, 2022

My name is Gwen Waugh, and I am Chris Oliver's aunt.  I have known Chris all his life. Throughout his school years he always attended class and never got in any trouble.  He's easy going and always smiling. As a young adult I am not aware of any unlawful issues that he has come across except for this one. Although he temporarily lost his way with this issue, I truly believe he has learned his lesson and once released will be a law-abiding citizen and work hard to redeem himself. When Chris puts his mind to something he wants to accomplish I have no doubt that he can do it and after having multiple conversations with him over the past year he has told me that this will never happen again as he never wants to go back to prison.  Please provide him with the opportunity to be release this year so he can be given a second chance at proving he can be the hard working, reliable, and trustworthy person that I know him to be.

Sincerely,

Gwen Waugh

To whom it may concern I Theresa Granberry is writing a character letter for Chris Oliver.
Chris is my nephew and he is a very responsible person, Chris has alway talk to people younger then him about staying out of trouble and living a positive life.  I believe when Chris come home he will turn his life around  and do the right thing to stay out of trouble and I think Chris has learned his lesson. Chris has always had a positive mind and did very well from a kid and up to adult hood, Chris Graduated from high school in Arizona and kept a B average all the way through school, I believe when Chris come home he will be a good example for society and others.

Yvette Williams
4433 Yorktown Dr.
West Bloomfield, MI 48323


Date:  September 7, 2022


RE:  Character Reference Letter for Chris Oliver


To the honorable Judge Douglas Rayes:

I am writing this letter on behalf of my nephew, Chris Oliver.  I have had the pleasure of knowing Chris his entire life.  As a child he was very respectful of his mother and father.  He got good grades in school and from my understanding had positive citizenship as well.  Chris has a serene, welcoming, approachable temperament.  He is very supportive of his friends and loved ones.  As a young adult, Chris is extremely supportive of his mother  and continues to be respectful towards both of his parents, our family members, peers and others.

To my knowledge Chris has not had any previous incidents with the law.  Although Chris seems to have transgressed as it relates to this incident, he has continuously displayed growth/maturity and accountability since this has occurred.  He has been reflecting and evaluating his own character and is determined to never put himself in a situation like this again.  He strongly desires to have an opportunity to prove that he is able to be a law abiding citizen of good character.

I am pleading with the court to show him mercy and give this young adult a second chance at living a free life as a productive citizen.

Sincerely,

Yvette Williams, Ed. S